1

2

3

4

5

6

7

8

9          **IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
10              **WESTERN DISTRICT COURT OF WASHINGTON**

11  **Re**                          )
12                                   )    **In Chapter 13 Proceeding**
    **DAVID ERIC HELTZEL**          )    **No. 18-44354-BDL**
13  **LISA NADINE HELTZEL**         )
                                     )
14                                   )    **ORDER  MAKING**
                      **Debtor(s)**  )    **AUTOMATIC STAY PERMANENT**
15  _____  )

16  IT IS HEREBY  ORDERED that the automatic stay is reinstated and shall remain in force

17  permanently during this case as to all creditors of the Debtor.

18                              ///end of order///

19

20  Presented by:

21

22  /s/ Ellen Ann Brown
    Ellen Ann Brown WSB27992
23  Attorney for Debtor(s)

24

25

                                            **BROWN and SEELYE PLLC**
                                              744 South Fawcett Ave.
                                               Tacoma, WA 98402
                                                 253-573-1958