Entered on Docket September 11, 2019

**Below is the Order of the Court.**



_____
**Brian D. Lynch
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **DAVID ERIC HELTZEL**<br>**LISA NADINE HELTZEL**<br>Debtors. | **Cause No. 18-44354-BDL**<br><br>**ORDER DENYING GLOBAL LENDING SERVICES, LLC'S MOTION FOR RELIEF FROM STAY AND AWARDING FEES** |

IT IS HEREBY ORDERED that Global Lending Services, LLC's Motion for Relief from Stay is Denied.

///end of order///

Presented by:

/s/ Ellen Ann Brown
_____
ELLEN ANN BROWN WSB#27992
Attorney for Debtors

**BROWN and SEELYE PLLC**
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958